# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL KLAUSLER,** | Case No. 2:16-cv-04844- FMO(ASx) |
| **Plaintiff,** | **ORDER ON STIPULATION [22]** |
| v. | |
| **SOUTHWEST CREDIT SYSTEMS, L.P.; DOES 1-20 INCLUSIVE.** | |
| **Defendant** | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 9th day of March, 2017.

_____/s/_____
The Honorable Fernando M. Olguin

Order to Dismiss - 1